STATE v. YARBOROUGH

 No. 138 PC.

 Case below: 5 N.C. App. 207.

 Motion of Attorney General to dismiss petition for writ of certiorari to North Carolina Court of Appeals allowed 31 July 1972.


STEINER v. STEINER

 No. 112 PC.

 Case below: 14 N.C. App. 657.

 Petition for writ of certiorari to North Carolina Court of Appeals denied 31 July 1972.


TAYLOR v. CASUALTY CO.

 No. 129 PC.

 Case below: 14 N.C. App. 418.

 Petition for writ of certiorari to North Carolina Court of Appeals denied 1 August 1972.